# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156616(23)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOHN ANTONYA MOSS,
       Defendant-Appellant.

_____/

SC: 156616
COA: 338877
Berrien CC: 2015-005091-FH

      On order of the Chief Justice, the third motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 23, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2018



Clerk